UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :
GOTHAM ASSET LOCATORS, INC.,    :
                                                : Case No.: 14-CV-0005 (JMF)
                         Plaintiff,          :
                                                :
        -- against --                      :
                                                :
THE STATE OF ISRAEL,                :
                                                :
                         Defendant.      :
                                                :
-------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Amended Complaint, the Declaration of David Sack, executed February 13, 2014 and the exhibit attached thereto, the accompanying memorandum of law, such opposition as Plaintiff may submit, and such reply as Defendant may submit, Defendant The State Of Israel, by its attorneys, will move this Court, before the Honorable Jesse M. Furman, at the Courthouse thereof, 500 Pearl Street, New York, New York, on March 10, 2014, or at such other time and place as to be designated by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602, *et seq.*, dismissing the Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) of this Court, opposing papers shall be served within 14 days of service of this Notice, and reply papers shall be served within 7 days of service of any opposing papers.

Dated: New York, New York
       February 14, 2014

                              FEDER KASZOVITZ LLP

                          By: _____
                                David Sack (DS-6532)
                           845 Third Avenue
                           New York, New York 10022
                           Telephone: (212) 888-8200

                           Attorneys for Defendant

TO:   Jay S. Markowitz, Esq.
       THE LAW OFFICES OF JAY S. MARKOWITZ, P.C.
       159-16 Union Turnpike
       Suite 301
       Fresh Meadows, New York 11366

       Attorneys for Plaintiff